

PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
# Civil Cover Sheet

F I L E D

Aug 11, 2008
AUG 1 1 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **Plaintiff(s):** | MICHAEL THOMAS | **Defendant(s):** H.B. GARNER, et al. |

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**

Michael Thomas
B-71744
Menard - MND
P.O. Box 711
Menard, IL 62259

**Defendant's Attorney:**

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08cv4535
**JUDGE CASTILLO**
**MAGISTRATE JUDGE VALDEZ**

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** M. Burke      **Date:** 8/11/08