UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT
OF ILLINOIS FOR THE EASTERN DIVISION

FILED
Aug 8, 2008
AUG 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael Thomas,  )
Plaintiff,       )
                 )
                 )
    v.           )
                 )   08cv4535
                 )   JUDGE CASTILLO
H.B. Garner, et al., )   MAGISTRATE JUDGE VALDEZ
Defendants       )

### MOTION TO PROCEED IN FORMA PAUPERIS

NOW COME Plaintiff, Michael Thomas, pro se, requesting that this Court grant this Motion to Proceed In Forma Pauperis. In support of aforementioned Motion, plaintiff states as follow:

1) Plaintiff does not currently have employment, nor does he have any other form of income.

2) Plaintiff has a negative Trust Fund balance at prison. (see attached audits from Menard, Stateville, and Pontiac prisons.)

3) Plaintiff has been incarcerated since 1996 and he does not possess any valuable property, any tangible or intangible, including but not limited to, home, car, business, stocks, bonds, mutual funds, expensive jewelry, collector items, royalty contracts or anything else.

4) Plaintiff does not receive much gifts in the form of monies from family members.(see prison audits attached to complaint)

5) Plaintiff does not have any manner of which he could prepay, in advance, the costs associated with filing this complaint, or serving defendants. (see claims in complaint)

6) Plaintiff is willing to pay said costs for the filing of this complaint when those monies become available.

7) Lastly, plaintiff's claims here have merit and are supported by numerous records, including defendants own statements, other documents, and affidavits.

WHEREFORE plaintiff respectfully request that this Court will grant this Motion to Proceed in forma pauperis.

Respectfully Submitted,

_____
Plaintiff, pro se.

Date: 6/20/2008
Time: 3:15pm
d_list_mailroom_documents

Case 1:08-cv-04535    Document 3    Filed 08/08/2008    Page 2 of 8

Menard Correctional Center
Page 3

# Trust Fund
## Receipt Documents

REPORT CRITERIA - Transfer or Western Union? : Transfer

| | | |
|---|---|---|
| **Notice To:** B71744   Thomas, Michael | **Notice Date:** | 06/20/2008 |
| **Housing Unit:** MEN-E -10-07 | **Inmate Status:** | Active |

The following items have been posted as receipts to your Inmate Trust Fund.

| Check Number | Check Written From: | Amount |
|---|---|---|
| 67452 | Pontiac C.C. | -599.72 |

Intake And Transfers From Other Institutions

Date: 11/3/2006  
Time: 10:49am  
d_list_inmate_trans_statement_composite

Case 1:08-cv-04535   Document 3   Filed 08/08/2008   Page 3 of 8   Page 1

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2006 thru End;   Inmate: B71744;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B71744 Thomas, Michael**                **Housing Unit: STA-B -08-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/03/06 | Mail Room | 04 Intake and Transfers In | 123237 | 59259 | Pontiac C.C. | -186.33 | -186.33 |
| 05/08/06 | Payroll | 20 Payroll Adjustment | 128190 | | P/R month of 04/2006 | 1.36 | -184.97 |
| 05/16/06 | Mail Room | 04 Intake and Transfers In | 136237 | 59279 | Pontiac C.C. | 1.70 | -183.27 |
| 06/06/06 | Mail Room | 01 MO/Checks (Not Held) | 157291 | 05457478937 | Lawrence, Louis | 25.00 | -158.27 |
| 06/08/06 | Payroll | 20 Payroll Adjustment | 159190 | | P/R month of 05/2006 | 1.70 | -156.57 |
| 09/11/06 | Mail Room | 01 MO/Checks (Not Held) | 254291 | 05459052352 | Tidwell, Randy | 20.00 | -136.57 |
| 09/19/06 | Mail Room | 04 Intake and Transfers In | 262237 | 79293 | Western Illinois C.C. | 25.00 | -111.57 |
| 10/11/06 | Payroll | 20 Payroll Adjustment | 284190 | | P/R month of 09/2006 | 8.16 | -103.41 |

|  |  |
|---|---|
| Total Inmate Funds: | -103.41 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 176.30 |
| Funds Available: | -279.71 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/09/2006 | C6683 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 05/09/2006 | C6687 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 06/01/2006 | C7269 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 06/05/2006 | C7378 | Disb | Library | 2 DOC: 523 Fund Library | $9.25 |
| 06/21/2006 | C7572 | Disb | Library | 2 DOC: 523 Fund Library | $31.75 |
| 06/21/2006 | C7586 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 06/21/2006 | C7681 | Disb | Library | 2 DOC: 523 Fund Library | $15.50 |
| 06/27/2006 | C7924 | Disb | Library | 2 DOC: 523 Fund Library | $20.55 |
| 06/27/2006 | C7967 | Disb | Library | 2 DOC: 523 Fund Library | $37.80 |
| 06/28/2006 | C8042 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 07/28/2006 | C243 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 07/28/2006 | C244 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 08/04/2006 | C408 | Disb | Library | 2 DOC: 523 Fund Library | $6.75 |
| 08/24/2006 | C770 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 08/24/2006 | C771 | Disb | Library | 2 DOC: 523 Fund Library | $1.60 |
| 08/29/2006 | C1023 | Disb | Library | 2 DOC: 523 Fund Library | $5.50 |
| 08/29/2006 | C848 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 08/29/2006 | C852 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 08/29/2006 | C907 | Disb | Library | 2 DOC: 523 Fund Library | $8.00 |
| 08/29/2006 | C909 | Disb | Library | 2 DOC: 523 Fund Library | $1.90 |
| 09/07/2006 | C1283 | Disb | Library | 2 DOC: 523 Fund Library | $1.80 |
| 09/07/2006 | C1284 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |

Date: 11/3/2006  
Time: 10:49am  
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2006 thru End;   Inmate: B71744;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B71744 Thomas, Michael**                     **Housing Unit: STA-B -08-06**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/20/2006 | C1528 | Disb | Library | 2 DOC: 523 Fund Library | $3.00 |
| 09/28/2006 | C1933 | Disb | Library | 2 DOC: 523 Fund Library | $0.70 |
| 09/28/2006 | C2006 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 10/19/2006 | C3010 | Disb | Library | 2 DOC: 523 Fund Library | $1.30 |
| 10/30/2006 | C3344 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 10/30/2006 | C3347 | Disb | Library | 2 DOC: 523 Fund Library | $24.80 |
|  |  |  |  | **Total Restrictions:** | **$176.30** |

Ex #1 (2 of 2)

Case 1:08-cv-04535     Document 3     Filed 08/08/2008     Page 5 of 8

Date: 11/13/2007
Time: 12:40pm
d_list_inmate_trans_statement_composite

Stateville Correctional Center
Trust Fund
View Transactions

Page 1

Ex #2 (1 of 4)

**Inmate:** B71744 Thomas, Michael        **Housing Unit:** STA-F -01-32

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/03/06 | Mail Room | 04 Intake and Transfers In | 123237 | 59259 | Pontiac C.C. | -186.33 | -186.33 |
| 05/08/06 | Payroll | 20 Payroll Adjustment | 128190 | | P/R month of 04/2006 | 1.36 | -184.97 |
| 05/16/06 | Mail Room | 04 Intake and Transfers In | 136237 | 59279 | Pontiac C.C. | 1.70 | -183.27 |
| 06/06/06 | Mail Room | 01 MO/Checks (Not Held) | 157291 | 05457478937 | Lawrence, Louis | 25.00 | -158.27 |
| 06/08/06 | Payroll | 20 Payroll Adjustment | 159190 | | P/R month of 05/2006 | 1.70 | -156.57 |
| 09/11/06 | Mail Room | 01 MO/Checks (Not Held) | 254291 | 05459052352 | Tidwell, Randy | 20.00 | -136.57 |
| 09/19/06 | Mail Room | 04 Intake and Transfers In | 262237 | 79293 | Western Illinois C.C. | 25.00 | -111.57 |
| 10/11/06 | Payroll | 20 Payroll Adjustment | 284190 | | P/R month of 09/2006 | 8.16 | -103.41 |
| 11/08/06 | Payroll | 20 Payroll Adjustment | 312190 | | P/R month of 10/2006 | 7.14 | -96.27 |
| 12/08/06 | Payroll | 20 Payroll Adjustment | 342190 | | P/R month of 11/2006 | 10.00 | -86.27 |
| 01/08/07 | Payroll | 20 Payroll Adjustment | 008190 | | P/R month of 12/2006 | 9.86 | -76.41 |
| 02/14/07 | Payroll | 20 Payroll Adjustment | 0451148 | | P/R month of 01/2007 | 9.66 | -66.75 |
| 03/09/07 | Mail Room | 01 MO/Checks (Not Held) | 0682163 | 1852507 | Johnson, Jenelle | 25.00 | -41.75 |
| 03/09/07 | Payroll | 20 Payroll Adjustment | 0681148 | | P/R month of 02/2007 | 9.18 | -32.57 |
| 04/06/07 | Payroll | 20 Payroll Adjustment | 0961148 | | P/R month of 03/2007 | 10.00 | -22.57 |
| 04/10/07 | Mail Room | 01 MO/Checks (Not Held) | 100291 | 05753344252 | Lawrence, Louis | 25.00 | 2.43 |
| 04/12/07 | Disbursements | 84 Library | 102337 | Chk #134045 | C7269, DOC: Library Copies, Inv. Date: 06/01/2006 | -.30 | 2.13 |
| 04/12/07 | Disbursements | 84 Library | 102337 | Chk #134045 | C6683, DOC: Library Copies, Inv. Date: 05/09/2006 | -.40 | 1.73 |
| 04/12/07 | Disbursements | 84 Library | 102337 | Chk #134045 | C6687, DOC: Library Copies, Inv. Date: 05/09/2006 | -.60 | 1.13 |
| 04/12/07 | Disbursements | 84 Library | 102337 | Chk #134045 | C5964, DOC: Library Copies, Inv. Date: 01/10/2007 | -.05 | 1.08 |
| 04/12/07 | Disbursements | 84 Library | 102337 | Chk #134045 | C7586, DOC: Library Copies, Inv. Date: 06/21/2006 | -.30 | .78 |
| 04/12/07 | Disbursements | 84 Library | 102337 | Chk #134045 | C770, DOC: Library Copies, Inv. Date: 08/24/2006 | -.10 | .68 |
| 04/12/07 | Disbursements | 84 Library | 102337 | Chk #134045 | C243, DOC: Library Copies, Inv. Date: 07/28/2006 | -.60 | .08 |
| 05/07/07 | Payroll | 20 Payroll Adjustment | 1271148 | | P/R month of 04/2007 | 10.00 | 10.08 |
| 05/16/07 | Disbursements | 84 Library | 136337 | Chk #134506 | C7378, DOC: Library Copies, Inv. Date: 06/05/2006 | -9.25 | .83 |
| 05/16/07 | Disbursements | 84 Library | 136337 | Chk #134506 | C244, DOC: Library Copies, Inv. Date: 07/28/2006 | -.30 | .53 |
| 05/16/07 | Disbursements | 84 Library | 136337 | Chk #134506 | C852, DOC: Library Copies, Inv. Date: 08/29/2006 | -.15 | .38 |
| 05/16/07 | Disbursements | 84 Library | 136337 | Chk #134506 | C1284, DOC: Library Copies, Inv. Date: 09/07/2006 | -.30 | .08 |
| 06/13/07 | Payroll | 20 Payroll Adjustment | 1641148 | | P/R month of 05/2007 | 2.38 | 2.46 |
| 06/14/07 | Disbursements | 84 Library | 165337 | Chk #134950 | C3344, DOC: 523 Fund Library, Inv. Date: 10/30/2006 | -.40 | 2.06 |
| 06/14/07 | Disbursements | 84 Library | 165337 | Chk #134950 | C8042, DOC: 523 Fund Library, Inv. Date: 06/28/2006 | -1.05 | 1.01 |
| 06/14/07 | Disbursements | 84 Library | 165337 | Chk #134950 | C848, DOC: 523 Fund Library, Inv. Date: 08/29/2006 | -1.00 | .01 |
| 07/10/07 | Payroll | 20 Payroll Adjustment | 1911148 | | P/R month of 06/2007 | 10.00 | 10.01 |
| 07/31/07 | Disbursements | 84 Library | 2123148 | Chk #135564 | C408, DOC - Library Copies, Inv. Date: 08/04/2006 | -6.75 | 3.26 |
| 07/31/07 | Disbursements | 84 Library | 2123148 | Chk #135564 | C771, DOC - Library Copies, Inv. Date: 08/24/2006 | -1.60 | 1.66 |
| 07/31/07 | Disbursements | 84 Library | 2123148 | Chk #135564 | C1933, DOC - Library Copies, Inv. Date: 09/28/2006 | -.70 | .96 |
| 07/31/07 | Disbursements | 84 Library | 2123148 | Chk #135564 | C2006, DOC - Library Copies, Inv. Date: 09/28/2006 | -.60 | .36 |
| 07/31/07 | Disbursements | 84 Library | 2123148 | Chk #135564 | C7477, DOC - Library Copies, Inv. Date: 01/24/2007 | -.30 | .06 |
| 08/08/07 | Payroll | 20 Payroll Adjustment | 2201148 | | P/R month of 07/2007 | 5.78 | 5.84 |

Date: 11/13/2007  Case 1:08-cv-04535  Document 3  Filed 08/08/2008  Page 6 of 8  Page 2
Time: 12:40pm
d_list_inmate_trans_statement_composite

Stateville Correctional Center
Trust Fund
View Transactions

Ex #2 (2 of 4)

**Inmate:** B71744 Thomas, Michael  **Housing Unit:** STA-F-01-32

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/16/07 | Disbursements | 84 Library | 228337 | Chk #135826 | C909, DOC: Library Copies, Inv. Date: 08/29/2006 | -1.90 | 3.94 |
| 08/16/07 | Disbursements | 84 Library | 228337 | Chk #135826 | C1283, DOC: Library Copies, Inv. Date: 09/07/2006 | -1.80 | 2.14 |
| 08/16/07 | Disbursements | 84 Library | 228337 | Chk #135826 | C3010, DOC: Library Copies, Inv. Date: 10/19/2006 | -1.30 | .84 |
| 08/16/07 | Disbursements | 84 Library | 228337 | Chk #135826 | C4437, DOC: Library Copies, Inv. Date: 11/29/2006 | -.40 | .44 |
| 08/16/07 | Disbursements | 84 Library | 228337 | Chk #135826 | 10863, DOC: Library Copies, Inv. Date: 12/26/2006 | -.40 | .04 |
| 09/06/07 | Disbursements | 99 Transfer Inmate | 249337 | Chk #136039 | Pontiac CC, Inv. Date: 09/06/2007 | 345.41 | 345.45 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C7572, DOC: 523 Fund Library, Inv. Date: 06/21/2006 | -31.75 | 313.70 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C7681, DOC: 523 Fund Library, Inv. Date: 06/21/2006 | -15.50 | 298.20 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C7924, DOC: 523 Fund Library, Inv. Date: 06/27/2006 | -20.55 | 277.65 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C7967, DOC: 523 Fund Library, Inv. Date: 06/27/2006 | -37.80 | 239.85 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C907, DOC: 523 Fund Library, Inv. Date: 08/29/2006 | -8.00 | 231.85 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C1023, DOC: 523 Fund Library, Inv. Date: 08/29/2006 | -5.50 | 226.35 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C1528, DOC: 523 Fund Library, Inv. Date: 09/20/2006 | -3.00 | 223.35 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C3347, DOC: 523 Fund Library, Inv. Date: 10/30/2006 | -24.80 | 198.55 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C4753, DOC: 523 Fund Library, Inv. Date: 12/07/2006 | -7.75 | 190.80 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C5926, DOC: 523 Fund Library, Inv. Date: 01/10/2007 | -1.80 | 189.00 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C7362, DOC: 523 Fund Library, Inv. Date: 01/24/2007 | -1.10 | 187.90 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C7390, DOC: 523 Fund Library, Inv. Date: 01/24/2007 | -2.35 | 185.55 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C8471, DOC: 523 Fund Library, Inv. Date: 02/28/2007 | -2.80 | 182.75 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C8503, DOC: 523 Fund Library, Inv. Date: 02/28/2007 | -2.00 | 180.75 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C8829, DOC: 523 Fund Library, Inv. Date: 03/07/2007 | -.30 | 180.45 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C9290, DOC: 523 Fund Library, Inv. Date: 03/14/2007 | -1.15 | 179.30 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C9996, DOC: 523 Fund Library, Inv. Date: 04/11/2007 | -.60 | 178.70 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C9997, DOC: 523 Fund Library, Inv. Date: 04/11/2007 | -10.10 | 168.60 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C10076, DOC: 523 Fund Library, Inv. Date: 04/11/2007 | -4.30 | 164.30 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C10360, DOC: 523 Fund Library, Inv. Date: 04/17/2007 | -.50 | 163.80 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C10367, DOC: 523 Fund Library, Inv. Date: 04/17/2007 | -24.00 | 139.80 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C10462, DOC: 523 Fund Library, Inv. Date: 04/19/2007 | -2.60 | 137.20 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C11023, DOC: 523 Fund Library, Inv. Date: 04/30/2007 | -2.00 | 135.20 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C11026, DOC: 523 Fund Library, Inv. Date: 04/30/2007 | -6.40 | 128.80 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C11108, DOC: 523 Fund Library, Inv. Date: 05/02/2007 | -.20 | 128.60 |

Date: 11/13/2007
Time: 12:40pm
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
View Transactions

Page 3

**Inmate:** B71744 Thomas, Michael  **Housing Unit:** STA-F -01-32

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C12184, DOC: 523 Fund Library, Inv. Date: 06/01/2007 | -13.30 | 115.30 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C12201, DOC: 523 Fund Library, Inv. Date: 06/01/2007 | -1.80 | 113.50 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C12202, DOC: 523 Fund Library, Inv. Date: 06/01/2007 | -8.05 | 105.45 ✱ |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C12322, DOC: 523 Fund Library, Inv. Date: 06/06/2007 | -1.65 | 103.80 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C12625, DOC: 523 Fund Library, Inv. Date: 06/12/2007 | -.75 | 103.05 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C12690, DOC: 523 Fund Library, Inv. Date: 06/14/2007 | -1.85 | 101.20 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C13035, DOC: 523 Fund Library, Inv. Date: 06/20/2007 | -.20 | 101.00 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C07/11/020, DOC: 523 Fund Libr, Inv. Date: 07/11/2007 | -1.60 | 99.40 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0731008, DOC: 523 Fund Librar, Inv. Date: 07/31/2007 | -1.25 | 98.15 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809217, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -1.25 | 96.90 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809219, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -.10 | 96.80 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809225, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -.80 | 96.00 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809229, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -2.10 | 93.90 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809230, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -1.50 | 92.40 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809231, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -2.30 | 90.10 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809238, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -4.50 | 85.60 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809239, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -1.45 | 84.15 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0809259, DOC: 523 Fund Librar, Inv. Date: 08/09/2007 | -33.30 | 50.85 ✱ |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | C0810001, DOC: 523 Fund Librar, Inv. Date: 08/10/2007 | -39.90 | 10.95 ✱ |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | 817 w 049, DOC: 523 Fund Libra, Inv. Date: 08/17/2007 | -.15 | 10.80 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136104 | 817 w 070, DOC: 523 Fund Libra, Inv. Date: 08/17/2007 | -2.95 | 7.85 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136132 | C9672, DOC: 523 Fund Inmate Re, Inv. Date: 03/27/2007 | -1.20 | 6.65 |
| 09/12/07 | Disbursements | 84 Library | 255390 | Chk #136132 | C9673, DOC: 523 Fund Inmate Re, Inv. Date: 03/27/2007 | -.30 | 6.35 |
| 09/12/07 | Disbursements | 90 Medical Co-Pay | 255390 | Chk #136132 | C11362, DOC: 523 Fund Inmate R, Inv. Date: 05/09/2007 | -4.35 | 2.00 |
| 09/12/07 | Disbursements | 90 Medical Co-Pay | 255390 | Chk #136132 | C0709021, DOC: 523 Fund Inmate, Inv. Date: 07/09/2007 | -2.00 | .00 |

| Date: 11/13/2007 | | | Stateville Correctional Center | | | Page 1 |
|---|---|---|---|---|---|---|
| Time: 12:41pm | | | Trust Fund | | | |
| d_maint_tr_inmate_tr_furlough | | | View Furloughs/Restitutions/Court Ord. Fees | | | |

| Inmate | F/R # | Vendor | Transaction Type | Transaction Date | Amount | Balance |
|---|---|---|---|---|---|---|
| B71744 Thomas, Michael | 4101 59 | Clerk US Dist Court Central | 73 Court Ordered Fees | 5/5/2006 | 117.16 | .00 |
| | | Detailed History: | 1 Beginning Balance | 5/5/2006 | 117.16 | 117.16 |
| | | | 5 Closed Out | 9/19/2007 | 117.16 | .00 |
| B71744 Thomas, Michael | 4102 58 | Clerk US Dist Court Northern | 73 Court Ordered Fees | 5/5/2006 | 165.48 | .00 |
| | | Detailed History: | 1 Beginning Balance | 5/5/2006 | 165.48 | 165.48 |
| | | | 5 Closed Out | 9/19/2007 | 165.48 | .00 |
| B71744 Thomas, Michael | 4103 59 | Clerk US Dist Court Central | 73 Court Ordered Fees | 5/5/2006 | 228.35 | .00 |
| | | Detailed History: | 1 Beginning Balance | 5/5/2006 | 228.35 | 228.35 |
| | | | 5 Closed Out | 9/19/2007 | 228.35 | .00 |
| B71744 Thomas, Michael | 4483 59 | Clerk US Dist Court Central | 73 Court Ordered Fees | 4/3/2007 | 150.00 | .00 |
| | | Detailed History: | 1 Beginning Balance | 4/3/2007 | 150.00 | 150.00 |
| | | | 5 Closed Out | 9/19/2007 | 150.00 | .00 |
| | | | | Final Total | | .00 |

Ex #2 (4 of 4)